UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.   8:17-mc-73-T-23

## ORDER

Under 28 U.S.C. § 751(a), the Board of Judges of the United States District Court for the Middle District of Florida on June 16, 2017, unanimously appointed Elizabeth M. Warren as Clerk of the Court. On June 19, 2017, before Judge Roy B. Dalton, Elizabeth M. Warren affirmed the oath required under 28 U.S.C. § 951 and will serve as Clerk of the Court under 28 U.S.C. § 956.

ORDERED in Tampa, Florida, on _June 19th_, 2017.

_____
STEVEN D. MERRYDAY
CHIEF UNITED STATES DISTRICT JUDGE